# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Charles Collins Garrison
Caffrey Oubre Campbell Garriso
100 E Vermillion S. 201
Lafayette LA 70501

Andrew L. Plauche', Jr.
Plauche, Maselli, Parkerson
701 Poydras St., Suite 3800
New Orleans LA 70139

Wayne Lee
Stone, Pigman, Walthers, et al
909 Poydras St., Ste. 3150
New Orleans LA 70112

Heather S. Lonian
Stone Pigman Walther Wittman
909 Poydras St., #3150
New Orleans LA 70112

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 15, 2023

**REHEARING ACTION: February 15, 2023**

**Docket Number: 22   00294-CA**

**JOSEPH GAUTREAUX
VERSUS
LOUISIANA FARM BUREAU
CASUALTY INSURANCE CO.,ET AL.**

**Appealed from St. Martin Parish Case No. 81835**

**BEFORE JUDGES:**

**Hon. Ledricka J. Thierry
Hon. Charles G. Fitzgerald
Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Louisiana Farm Bureau Casualty Insurance Company** has this day been

**DENIED.**
Fitzgerald, J., would grant the rehearing.

cc: Stephen Barnett Murray, Jr., Counsel for the Appellee
    Nicole M. Babb, Counsel for the Appellee
    John Randall Whaley, Counsel for the Appellee
    Kenneth Warren DeJean, Counsel for the Appellee
    Kenneth David St. Pe, Counsel for the Appellee